No. 11–10681. LOPEZ-IMITOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10682. GREER *v.* CARUSO ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–10683. RHINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10684. RIVERA *v.* CUOMO, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–10685. REID *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10686. MATTHEWS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–10687. LEMPAR *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–10688. TORRES *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–10689. ZACKERY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10690. THORNSBURY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10691. KING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10693. LEONARD *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10694. LINDSEY *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 11–10695. DELGADO *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.